UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-00888-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DAYYAN MIGUEL,
    Defendant.
_____/

### *JUDGMENT ORDER UPON A VIOLATION OF SUPERVISED RELEASE*

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. On July 31, 2008, the court held a hearing and subsequently concluded that the defendant, after being placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, violated the conditions of supervision. For that reason and the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** that:

The term and conditions of supervision previously imposed are **reinstated.**

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __1ST__ day of August, 2008.

**copy furnished:**
AUSA A. Lothrop Morris
AFPD Robert E. Adler
United States Probation Office

                                            Daniel T. K. Hurley
                                        United States District Judge